G. W., FATHER OF A. W. AND
Z. W., EACH A MINOR CHILD,

     Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-745

_____/

Opinion filed May 11, 2017.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Michael A. Tupper of Tupper Law, P.A., Jacksonville, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville; David P. Krupski, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.